Opinion issued April 30, 2020



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00493-CV

————————————

### GUERRERO'S CUSTOM CONCRETE LLC, Appellant

### V.

### STRATTON DEVELOPMENT & CONSTRUCTION LLC, Appellee

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1100047**

---

## MEMORANDUM OPINION

Appellant, Guerrero's Custom Concrete LLC, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). After being notified that this appeal was subject to dismissal for appellant's failure to file a brief, appellant did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Lloyd, and Hightower.